## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Southern Country Farms, Inc., a West Virginia
 Corporation, individually, and on behalf of all individuals
and legal entities similarly situated,

        Plaintiff,

vs.

THQ Appalachia I, LLC, EQT TGHL Holdings
Midco, LLC, EQT TGHL Exploration, LLC,
EQT TGHL Exploration II, LLC, Tug Hill
Operating, LLC and Atinum Marcellus I, LLC,
        Defendants.

Case No.: 5:21-cv-84
Judge Preston Bailey

### MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

For the reasons given in the attached supporting memorandum, Southern Country Farms, Inc.

("Southern Country"), on behalf of itself and the Class certified by this Court (jointly "Plaintiffs"),

pray that the Court grant Final Approval of Class Settlement, and for such other further and general

relief as the Court deems just and proper.

        **PLAINTIFFS,**
        By Counsel

/s/ Mark A. Kepple
Mark A. Kepple, Esq.
W.Va. Bar ID #7470
Thomas E. Buck, Esq.
W.Va. Bar ID #6167
1219 Chapline Street
Wheeling, WV 26003
Phone (304)233-3100
Fax (304) 233-0201
mkepple@baileywyant.com

Thomas E. White, Esq.
White Law Office
604 6th St,
Moundsville, WV 26041

Robert L. Redfearn, Esq.
Robert L. Redfearn, Jr. Esq.
Simon, Peragine, Smith & Redfearn
1100 Poydras St. #3000
New Orleans, LA 70163

Joseph Scipione, Esq.
The Nittany Group
2437 Commercial Boulevard,  Suite 240
State College, PA 16801