IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Southern Country Farms, Inc., a West Virginia
Corporation, individually, and on behalf of all individuals
and legal entities similarly situated,

        Plaintiff,

vs.

        Case No.: 5:21-cv-84
        Judge Preston Bailey

THQ Appalachia I, LLC, EQT TGHL Holdings
Midco, LLC, EQT TGHL Exploration, LLC,
EQT TGHL Exploration II, LLC, Tug Hill
Operating, LLC and Atinum Marcellus I, LLC,
        Defendants.

## PROPOSED FINAL JUDGMENT ORDER

On February 22, 2024, the Court heard Plaintiffs' Motions for Final Approval of Class Settlement and for Award of Attorneys' Fees, Expenses and Costs and Incentive/Service Award and the Conditional Objection filed by Ridgetop Royalties, LLC. Appearing before the Court were:

    Mark A. Kepple, Esq.
    Thomas E. White, Esq.
    Robert L. Redfearn, Jr. Esq.
    Joseph Scipione, Esq.

        *Counsel for Plaintiffs, Southern Country Farms, Inc.,*
        *on behalf of itself and the certified Class*

    Thomas C. Ryan, Esq.
    Emily C. Weiss, Esq.

        *Counsel for THQ Appalachia I, LLC, EQT TGHL Holdings Midco, LLC,*
        *EQT TGHL Exploration, LLC, , EQT TGHL Exploration II, LLC,*
        *And Tug Hill Operating, LLC ("EQT Defendants")*

    John K. Cecil, Esq.

        *Counsel for Defendant, Atinum Marcellus I, LLC*

      Carl A. Frankovitch, Esq.

      *Counsel for Conditional Objector, Ridgetop Royalties, LLC*

After reviewing the law, all pleadings and exhibits thereto and hearing argument of counsel, the Court finds that:

1. The Conditional Objection filed by Ridgetop Royalties, LLC is overruled. The Court will enter a separate order detailing the grounds for overruling this objection. The Court finds that there were no other objections, conditional or otherwise, to the proffered settlement.

2. Notice of the proposed settlement was given by Defendants to the appropriate federal and state officials, in compliance with the Class Action Fairness Act, 28 U.S.C. §1715, more than ninety (90) days prior to the hearing on Plaintiffs' Motions for Final Approval of Class Settlement and for Award of Attorneys' Fees, Costs and Incentive/Service Award;

3. For the reasons set forth in Plaintiffs' Memorandum in Support of the Motion for Final Approval of Class Settlement, the Settlement Agreement meets all requirements of Federal Rule 23(e) in that (a) the Notice of the Settlement sent out satisfies due process requirements, (b) the Settlement is fair, reasonable, and adequate, (c) the proposed Plan of Allocation is fair, reasonable, and adequate and (d) the Release, and its scope, is fair, reasonable, and adequate;

4. For the reasons set forth in Plaintiffs' Memorandum in Support of the Motion for Award of Attorneys' Fees, Expenses and Costs and Incentive/Service Award, Class Counsel is entitled to (1) an award of attorneys' fees of thirty-five percent (35%) of the $21 million Settlement Fund based on (a) the favorable settlement obtained, (b) the quality, skill, and efficiency of the attorneys involved, (c) the risk of nonpayment, (d) the lack of any objections by members of the class to the settlement terms and/or the fees requested by counsel, (e) awards in similar cases, (f) the complexity and duration of the case, (g) public policy and (h) other factors typically considered by Courts in this District; and (2) an award reimbursing Class Counsel for reasonable expenses and costs normally charged in the course of providing legal services in the amount of $231,382.06 from the $21 million Settlement Fund; and

5. For the reasons set forth in Plaintiffs' Memorandum in Support of the Motion for Award of Attorneys' Fees, Costs and Incentive/Service Award, Southern Country Farms, Inc. is entitled to an Incentive/Service award in the amount of $100,000.00 from the $21 million Settlement Fund for its role as Class representative in bringing this action and supporting the Class as well as its promotion of the public interest.

Accordingly, the Court renders Judgment as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that Ridgetop Royalties, LLC is not a member of the Plaintiff Class, and its Conditional Objection is overruled; it is

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Settlement Agreement between the Plaintiff Class and all Defendants is granted final approval; it is

**FURTHER ORDERED, ADJUDGED, AND DECREED** that Class Counsel are entitled to and are hereby awarded reasonable attorneys' fees in the amount of Seven Million, Three Hundred Fifty Thousand Dollars and No Cents ($7,350,000.00); it is

**FURTHER ORDERED, ADJUDGED, AND DECREED** that Class Counsel are entitled to and are hereby awarded reimbursement of expenses and costs in the amount of Two Hundred Thirty-One Thousand, Three Hundred Eighty-Two Dollars and Six Cents ($231,382.06); it is

**FURTHER ORDERED, ADJUDGED, AND DECREED** that Southern Country Farms, Inc. is entitled to and is hereby awarded an Incentive/Service award in the amount of One Hundred Thousand Dollars and No Cents ($100,000.00); it is

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Settlement Administrator, Thomas D. Pratt and Schneider Downs & Co., Inc., shall calculate the amount due to Class members from the Settlement Fund, plus any accrued interest, after deducting the (i) attorneys' fees, (ii) expenses and costs and (iii) the Incentive/Service awarded herein; it is

**FURTHER ORDERED, ADJUDGED, AND DECREED** that unless otherwise ordered by this Court, the Settlement Administrator shall issue payment (i) to the Class members of the amount due to them, (ii) to Class Counsel the expenses and costs awarded herein and (iii) to Southern Country Farms, Inc. the Incentive/Service award awarded herein on the later of (a) thirty-one (31) days after the date of the entry of this Judgment or (b) thirty-one (31) days after the date of the entry of an Order disposing of any and all post-judgment motions, such as pursuant to Federal Rule 59 or 60; it is

**FURTHER ORDERED, ADJUDGED, AND DECREED** that seven (7) days after issuing payments to the Class members and the expense and cost and Incentive/Service awards to Class Counsel and Southern Country Farms, Inc., respectively, the Settlement Administrator shall report to the Court the status of such payments and Class Counsel may request that the attorneys' fees awarded herein be disbursed to them.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction to monitor the status of the fund disbursement to the Class members and to authorize the disbursement of attorneys' fees as the Court deems appropriate.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court directs the Settlement Administrator to notify the Court as to the status of any unclaimed funds and the Settlement Administrator's decision as to disbursing the same as per the language of the settlement agreement and release according to West Virginia Law for unclaimed oil and gas proceeds and await direction from the Court as to resolution of these issues.

**SO ORDERED,** Wheeling, West Virginia, on this __29th__ day of February, 2024.

3

**ACCORDINGLY**, the Motion for Final Approval of Class Settlement [**Doc. 376**] is **GRANTED**. The Motion for Award of Attorney's Fees, Costs & Expenses and Service/Incentive Award [**Doc. 378**] is **GRANTED**. Tug Hill and EQT Defendants' Response in Opposition to and Motion to Strike Ridgetop Royalties, LLC's Supplement to Conditional Objection to Proposed Settlement [**Doc. 388**] is **DENIED**.

The Clerk is instructed to provide copies of this Order to all counsel of record.

**DATED**: February **29**, 2024.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT
COURT JUDGE